**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2019
SEPTEMBER 17, 2019 SESSION



UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:19-00240
                                    21 U.S.C. § 841(a)(1)

MICHAEL SHRAMOWIAT, M.D.

### INDICTMENT

The Grand Jury Charges:

### BACKGROUND

At all times material to this Indictment:

1. Defendant MICHAEL SHRAMOWIAT, M.D., was a medical doctor licensed to practice medicine in the State of West Virginia.

2. Defendant MICHAEL SHRAMOWIAT, M.D., had an active Drug Enforcement Administration (DEA) registration number that allowed him to prescribe controlled substances, including Schedule II controlled substances, for legitimate medical purposes in the usual course of his professional medical practice and within the bounds of medical practice.

### COUNTS ONE THROUGH NINE
(Illegal Drug Distributions)

3. On or about the dates set forth below, in Wood County, West Virginia, within the Southern District of West Virginia, defendant MICHAEL SHRAMOWIAT, M.D., knowingly and intentionally distributed a quantity of Fentanyl, a Schedule II controlled substance, as identified in

the chart below, not for legitimate medical purposes in the usual course of professional medical practice and beyond the bounds of medical practice:

| COUNT | PATIENT INITIALS | APPROXIMATE DATE PRESCRIPTION FILLED | CONTROLLED SUBSTANCE AND SCHEDULE |
|---|---|---|---|
| 1 | A.H. | 4/14/15 | Fentanyl, Schedule II |
| 2 | A.H. | 5/13/15 | Fentanyl, Schedule II |
| 3 | A.H. | 6/12/15 | Fentanyl, Schedule II |
| 4 | A.H. | 7/11/15 | Fentanyl, Schedule II |
| 5 | A.H. | 8/10/15 | Fentanyl, Schedule II |
| 6 | A.H. | 9/11/15 | Fentanyl, Schedule II |
| 7 | A.H. | 10/10/15 | Fentanyl, Schedule II |
| 8 | A.H. | 11/16/15 | Fentanyl, Schedule II |
| 9 | A.H. | 1/13/16 | Fentanyl, Schedule II |

All in violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 21 U.S.C. § 853 and/or 28 U.S.C. § 2461(c):

a. All property which constitutes or is derived from proceeds of the violation set forth in this indictment; and

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

The following property is subject to forfeiture on one or more of the grounds stated above:

a. Currency totaling $144,424, which is the sum of currency seized from a United Bank account held in the name of Mountaineer Pain Relief Rehabilitation, C/O Michael Shramowiat at 2650 Grand Central Avenue, Vienna, West Virginia.

b. The real property at 1158 46th St Vienna WV, which is the business location of Mountaineer Pain Relief Rehabilitation Center.

c. Firearms, assorted gold coins, and $4,857 in U.S. currency seized during the investigation.

3

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a.    The real property at 1158 46th St Vienna WV, which is the business location of Mountaineer Pain Relief Rehabilitation Center.

                              MICHAEL B. STUART
                              United States Attorney

By: _____

                              KILBY MACFADDEN
                              SEAN O'CONNELL
                              United States Department of Justice
                              Criminal Division, Fraud Section
                              Trial Attorneys, Health Care Fraud Unit


                              ALLAN J. MEDINA
                              United States Department of Justice
                              Criminal Division, Fraud Section
                              Acting Deputy Chief, Health Care Fraud